UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PINEDA BARRIENTOS, | No. 2:20-cv-2234-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| ROSEMARY NDHO, Warden, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 20, 2021, petitioner requested an extension of time to file his objections to the August 5, 2021 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 21) is granted and petitioner has 60 days from the date this order is served to file his objections.

Dated: August 24, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE