UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PINEDA BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY NDHO, Warden,<br><br>Respondent. | No. 2:20-cv-02234-TLN-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks an extension of 60 days to reply to respondent's opposition to his motion to amend.

The motion for extension of time is hereby GRANTED, and petitioner shall file the amended petition on or before June 28, 2022.

Petitioner is cautioned that no further extensions of time will be granted absent a showing of extraordinary circumstances. Should petitioner fail to file a reply brief by June 28, 2022, the court will consider the matter submitted.

So ordered.

Dated: May 5, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE