UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PINEDA BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY NDOH, Warden,<br><br>Respondent. | No. 2:20-cv-02234-TLN-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks an extension of 60 days to reply to respondent's response to "Claim PM III+," as set out in the amended petition.

The motion for extension of time (ECF No. 49) is hereby GRANTED, and petitioner may file a reply on or before May 1, 2023.

Petitioner is cautioned that no further extensions of time will be granted absent a showing of extraordinary circumstances. Should petitioner fail to file a reply brief by May 1, 2023, the court will consider the matter submitted.

So ordered.

Dated: February 28, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE