UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PINEDA BARRIENTOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSEMARY NDOH,<br><br>　　　　Defendant. | No.  2:20-cv-02234-DJC-EFB (HC)<br><br><br>ORDER |

　　　　Plaintiff filed a motion for extension of time to file objections to the September 19, 2025, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 61) is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations (ECF No. 59).

Dated: October 8, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE